IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE JAMES ATMORE, | : | |
| Plaintiff | : | |
| v. | : | 5:05-CV-337 (WDO) |
| DONALD BARROW, et al., | : | |
| Defendants | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to grant Defendants' motion for summary judgment. Having carefully considered the Recommendation, and Plaintiff's objections thereto, the Recommendation is ADOPTED and made the order of the Court. Defendants' motion for summary judgment is GRANTED and this case is DISMISSED. The Court also dismisses the "Supplement to Complaint" as moot because (1) contrary to the arguments in his "Supplement to Complaint," Plaintiff has been able to file a response to the Recommendation and (2) the general issue of "tampering with his mail" has been substantively addressed in the Recommendation.

SO ORDERED this 1st day of May, 2007.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE